CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar Number 14853
HOLLY A. VANCE
Assistant United States Attorney
United States Attorney's Office
400 S. Virginia Street, Suite 900
Reno, NV 89501
(775) 784-5438
Holly.A.Vance@usdoj.gov

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| YESENIA LARA, aka YESENIA NOLASCO VARGAS,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA; ALEJANDRO MAYORKAS, in his Official Capacity, Secretary, Department of Homeland Security; MERRICK GARLAND, in is Official Capacity, Attorney General, Department of Justice; TAE D. JOHNSON, in his Official Capacity, Acting Director of U.S. Immigration and Customs Enforcement; UR MENDOZA JADDOU, in her Official Capacity, Director of U.S. Citizenship and Immigration Services,<br><br>Defendants. | Case No. 2:21-cv-01845 -JCM-BNW<br><br>**Stipulation and Order for Extension of Time**<br><br>**(Second Request)** |

Plaintiff YESENIA LARA, and Defendant UNITED STATES OF AMERICA; ALEJANDRO MAYORKAS, in his Official Capacity, Secretary, Department of Homeland Security; MERRICK GARLAND, in is Official Capacity, Attorney General, Department of Justice; TAE D. JOHNSON, in his Official Capacity, Acting Director of U.S. Immigration and Customs Enforcement; and UR MENDOZA JADDOU, in her Official Capacity, Director of U.S. Citizenship and Immigration Services, hereby stipulate

and agree that Defendants may have a 28-day extension of time, from December 28, 2021 to January 25, 2022, to respond to Plaintiff's Complaint For Declaratory and Injunctive Relief (ECF No. 1).

Plaintiff is in the process of obtaining her certificate of citizenship, which will cause this case to be moot.  Moreover, defense counsel's calendar is busier than normal with upcoming hearings and multiple filing deadlines in several cases, including two before the Ninth Circuit. Under the circumstances, good cause exists to extend the deadline for Defendants to respond to Plaintiff's Complaint For Declaratory and Injunctive Relief.  *See* Fed. R. Civ. P. 6(b)(1)(A) ("When an act may or must be done within a specified time, the court may, *for good cause*, extend the time…with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires[.]") (emphasis added).

This is Defendants' second request for an extension of time. *See* LR IA 6-1(a) (must advise of previous extensions). Defense counsel contacted Plaintiff's counsel regarding this extension request, and he has advised that he does not oppose the request. This stipulation is made in good faith and not for the purpose of undue delay.

DATED: December 28, 2021

CHRISTOPHER CHIOU
Acting United States Attorney

/s/ Xavier Gonzales
XAVIER GONZALES
Attorney for Plaintiff

/s/ Holly A. Vance
HOLLY A. VANCE
Assistant U.S. Attorney
Attorney for Defendant

**IT IS SO ORDERED.**

Dated: ___December 29___, 2021

_____
UNITED STATES MAGISTRATE JUDGE